JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARLIN PENN, | No. 2:21-cv-08171-DMG (JDE) |
| Petitioner, | |
| v. | JUDGMENT |
| STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction and Referring the Petition to the Ninth Circuit Court of Appeals Pursuant to Ninth Circuit Rule 22-3(A),

IT IS ADJUDGED that the petition is denied, and this action is dismissed without prejudice.

DATED: February 11, 2022

_Dolly M. Gee_
DOLLY M. GEE
United States District Judge